**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRIAN HORNE                                                                                       PLAINTIFF

v.                                    NO. 4:11CV00830 JLH/JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                      DEFENDANT

## ORDER

Plaintiff's Motion to Dismiss (docket entry #2) is GRANTED. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is DISMISSED, WITHOUT PREJUDICE.

Dated this 10th day of January, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE