# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BRIAN HORNE                                                                                    PLAINTIFF

v.                                              NO. 4:11CV00830 JLH/JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                DEFENDANT

## **ORDER**

Plaintiff's Motion to Dismiss (docket entry #2) is GRANTED.  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is DISMISSED, WITHOUT PREJUDICE.

Dated this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE